No. 11–10003. GIBSON *v.* UNITED STATES. C. A. 4th Cir. Reported below: 453 Fed. Appx. 295;

No. 11–10400. GRAY *v.* UNITED STATES. C. A. 5th Cir. Reported below: 669 F. 3d 556;

No. 11–10442. NEAL *v.* UNITED STATES. C. A. 5th Cir. Reported below: 464 Fed. Appx. 244;

No. 11–10521. SUMLIN *v.* UNITED STATES. C. A. 8th Cir. Reported below: 453 Fed. Appx. 668;

No. 11–10810. HICKS *v.* UNITED STATES. C. A. 5th Cir. Reported below: 464 Fed. Appx. 347;

No. 12–5011. COLEMAN *v.* UNITED STATES. C. A. 5th Cir. Reported below: 464 Fed. Appx. 424;

No. 12–5197. FIELDS *v.* UNITED STATES. C. A. 5th Cir. Reported below: 476 Fed. Appx. 12;

No. 12–5281.   PETTIS *v.* UNITED STATES.   C. A. 5th Cir.   Reported below: 467 Fed. Appx. 269;

No. 12–5285.   SHOUMAKER *v.* UNITED STATES.   C. A. 5th Cir. Reported below: 467 Fed. Appx. 269;

No. 12–5290.   THOMAS *v.* UNITED STATES.   C. A. 5th Cir.   Reported below: 466 Fed. Appx. 386;

No. 12–5291.   BURNETT *v.* UNITED STATES.   C. A. 5th Cir. Reported below: 466 Fed. Appx. 381;

No. 12–5346.   BURNS *v.* UNITED STATES.   C. A. 5th Cir.   Reported below: 467 Fed. Appx. 265;

No. 12–5562.   MORRIS *v.* UNITED STATES.   C. A. 6th Cir.; and

No. 12–5713.   EDMONDS *v.* UNITED STATES.   C. A. 4th Cir. Reported below: 679 F. 3d 169.   Motions of petitioners for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Dorsey* v. *United States,* 567 U. S. 260 (2012).